IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL SHIFFLETT : CIVIL ACTION
*Plaintiff, pro se* :
: NO. 16-6537
v. :
:
MR. KORSZNIAK, *et al.* :
*Defendants* :

# O R D E R

**AND NOW**, this 12th day of July 2017, upon consideration of Defendants' *motions to dismiss*, [ECF 16, 20, 21, 24], Plaintiff's opposition to Defendants' motions to dismiss, [ECF 25, 27, 28], Defendants' replies, [ECF 30, 31], Plaintiff's sur-replies, [ECF 32, 33], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motions to dismiss are **GRANTED**, and this action is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*