# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL SHIFFLETT** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 16-6537 |
| **v.** | : | |
| | : | |
| **DR. CHRISTIAN,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 8th day of November 2022, upon consideration of the *motion for summary judgment* filed by Dr. Muhammad Golsorkhi and Dr. Ferdinand Christian, [ECF 112], and Plaintiff's omnibus response in opposition thereto, [ECF 115], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendants Dr. Muhammad Golsorkhi and Dr. Ferdinand Christian and against Plaintiff Paul Shifflett.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*