# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL SHIFFLETT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-6537** |
| **v.** | : | |
| | : | |
| **DR. CHRISTIAN,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 17th day of November 2022, upon consideration of the *motion for summary judgment* filed by Dr. Ronald Burkholder, [ECF 108-110], and Plaintiff's omnibus response in opposition thereto, [ECF 115], and Dr. Burkholder's reply, [ECF116], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant Dr. Ronald Burkholder and against Plaintiff Paul Shifflett.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*